Scott M. Petersen, A7599
**FABIAN VANCOTT**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone (801) 531-8900
Facsimile (801) 596-2814
spetersen@fabianvancott.com

*Attorney for Defendant*

---

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| E. W., and I. W., <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH NET LIFE INSURANCE COMPANY <br><br> Defendants. | Civil No. 2:19-cv-00499-CMR <br><br> **MOTION FOR PRO HAC VICE ADMISSION (SHAINA VINAYEK) AND CONSENT OF LOCAL COUNSEL** <br><br> Magistrate Judge Cecilia M. Romero |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Shaina Vinayek as pro hac vice counsel for Defendant Health Net Life Insurance Company, and consent to serve as local counsel. The application for pro hac vice

1

admission is attached as exhibit A to this motion, and the admission fee has been paid to the court with the submission of this motion.  A completed Electronic Case Filing Registration Form as exhibit "B", and the admission fee, if required, has been paid to the court with the submission of this motion.

DATED this 28th day of August, 2019.

/s/ Scott M. Petersen
Scott M. Petersen
Fabian Vancott

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of August, 2019, a true and correct copy of the foregoing document was served on the following counsel of record electronically *via* the Court's ECF system when uploaded for filing as follows:

**Brian S. King**
336 S 300 E STE 200
SALT LAKE CITY, UT 84111
(801)532-1739
Email: brian@briansking.com

**Brent J. Newton**
BRIAN S KING PC
336 S 300 E #200
SALT LAKE CITY, UT 84111
(801)532-1739
Email: brent@briansking.com

**Nediha Hadzikadunic**
BRIAN S KING PC
336 S 300 E STE 200
SALT LAKE CITY, UT 84111
(801)532-1739
Email: nediha@briansking.com

*Attorneys for Plaintiffs*

/s/ Scott M. Petersen